```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 03912
   LORENZO STOKES
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-9563


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
   The case was filed on 02/21/2008 and was not confirmed.

   The case was dismissed without confirmation 05/07/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
CHARTER ONE BANK           UNSECURED     NOT FILED             .00            .00
CITY OF CHICAGO PARKING    UNSECURED     NOT FILED             .00            .00
HOLLYWOOD VIDEO            UNSECURED     NOT FILED             .00            .00
DUPAGE COUNTY CIRCUIT CR   UNSECURED     NOT FILED             .00            .00
NORTHWEST MED FAC FUND     UNSECURED     NOT FILED             .00            .00
ILLINOIS STATE TOLL HIGH   UNSECURED     NOT FILED             .00            .00
HORIZON EMERGENCY MEDICI   UNSECURED     NOT FILED             .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED     NOT FILED             .00            .00
STATE FARM INSURANCE       UNSECURED     NOT FILED             .00            .00
WEST SIDE EMERGENCY PHYS   UNSECURED     NOT FILED             .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY    2,064.00                            .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                        ---------------      ---------------
TOTALS                       .00                    .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 08/26/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |